# 399

**No. 63990.**—Wedemann & Godknecht, Inc. *v.* United States, protest 59/21104 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 63991.**—H. Rosenhirsch Co., Inc. *v.* United States, protest 284930–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 63992.**—Lacy Falk *v.* United States, protests 59/25996, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 63993.**—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) *v.* United States, protest 59/1154 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

**No. 63994.**—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) *v.* United States, protests 59/15337, etc.   (New York).

400

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

No. 63995.—Carl Hirschmann Company, Inc. v. United States, protest 59/22937 (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 23, 1960

No. 63996.—International Wine & Liquor Corp. et al. v. United States, protests 715678–G/9965, etc. (New Orleans).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63997.—T. H. Lung Co. et al. v. United States, protests 764306–G, etc. (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63998.—Matson Navigation Co. et al. v. United States, protests 5957–K, etc. (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved